B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Soderlund Brothers, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-2683841** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**9645 S Parkside**<br>**Oak Lawn, IL**<br>ZIP Code **60453** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

### Tax-Exempt Entity
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

### Filing Fee (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)    Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Soderlund Brothers, Inc.** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                 Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| (This page must be completed and filed in every case) | **Soderlund Brothers, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Thomas W. Lynch** _____
Signature of Attorney for Debtor(s)

**Thomas W. Lynch 6194247**
Printed Name of Attorney for Debtor(s)

**Law Office of Thomas W. Lynch, P.C.**
Firm Name

**9231 S. Roberts Road**
**Hickory Hills, IL 60457**

_____
Address

                              **Email: twlpc@att.net**
**(708) 598-5999  Fax: (708) 598-6299**
Telephone Number

**July  7, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Susan Soderlund** _____
Signature of Authorized Individual

**Susan Soderlund**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**July  7, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Soderlund Brothers, Inc.** _____,    Case No. _____

Debtor

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 9,009.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 21 | | 1,334,796.50 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 29 | | | |
| | | Total Assets | 9,009.00 | | |
| | | Total Liabilities | | 1,334,796.50 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court

## Northern District of Illinois

In re   **Soderlund Brothers, Inc.**                               ,     Case No. _____

                                      Debtor

                                         Chapter                **7**          

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6A (Official Form 6A) (12/07)

In re  **Soderlund Brothers, Inc.**                ,   Case No. _____

                         Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |
| | (Report also on Summary of Schedules) | | |

  **0**   continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **Soderlund Brothers, Inc.**                                                     ,    Case No. _____
                                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Petty cash** | - | 100.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account at Fifth Third Bank** | - | 1.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >         **101.00**
(Total of this page)

__2__ continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6B (Official Form 6B) (12/07) - Cont.

In re   **Soderlund Brothers, Inc.**                                         ,   Case No. _____

_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivable; all past due** | **-** | **8,908.00** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >        **8,908.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Soderlund Brothers, Inc.**                                          ,    Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >          0.00
(Total of this page)

Total >          9,009.00

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Soderlund Brothers, Inc.**    Case No. _____

_____,
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| __0__ continuation sheets attached | | | Subtotal (Total of this page) | | | | | |
| | | | Total (Report on Summary of Schedules) | | | | 0.00 | 0.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/10)

In re    **Soderlund Brothers, Inc.**                                          Case No. _____
_____,
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**0**    continuation sheets attached

B6F (Official Form 6F) (12/07)

In re    **Soderlund Brothers, Inc.**                                                                    Case No. _____
_____,
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **Soderlund** <br><br> **ADP Screening & Selection Services** <br> **36307 Treasury Center** <br> **Chicago, IL 60694** | - | | | | **2009** <br> **Balance due on account** | | | | 120.00 |
| Account No. 01300113013157 <br><br> **ADT Security Service** <br> **Bankruptcy Department** <br> **PO Box 371490** <br> **Pittsburgh, PA 15250-7490** | | | | | **10/2009** <br> **Balance due for security services** | | | | 1,266.00 |
| Account No. 36804 <br><br> **Air Flow Co** <br> **850 W Fullerton Ave** <br> **Addison, IL 60101** | - | | | | **2008** <br> **Balance due for unpaid services** | | | | 445.00 |
| Account No. 000613500 <br><br> **Alpha Distributors** <br> **4700 N Ronald St** <br> **Harwood Heights, IL 60706** | - | | | | **Balance due on account** | | | | 211.00 |

___20___   continuation sheets attached

Subtotal
(Total of this page)          2,042.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Soderlund Brothers, Inc.**                                      ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **2010 M1 109159**<br><br>**American Express**<br>**C/O Adler & Assoc**<br>**25 E Washington St, Ste 500**<br>**Chicago, IL 60602** | X | - | | | **9/2009**<br>**Judgement against the business for its unpaid AMEX account; account number 3715-489839-51004** | | | | 27,447.00 |
| Account No. **2010 L 001873**<br><br>**American Intl/Arlene & Gilbert Ziti**<br>**C/O Mulherin, Rehfeldt et al**<br>**211 S Wheaton, Ste 200**<br>**Wheaton, IL 60187** | | - | | | **2/2010**<br>**Pending lawsuit filed for property damage** | | | | 70,854.00 |
| Account No. **Soderlund**<br><br>**Archer Transmission Services**<br>**C/O John D Koziel, Atty**<br>**6413 W 63rd St**<br>**Chicago, IL 60638** | | - | | | **Balance due for unpaid services** | | | | 3,615.00 |
| Account No. **Soderlund**<br><br>**Argo Summit Supply Co**<br>**5539 S Archer Rd**<br>**Summit Argo, IL 60501** | | - | | | **2009**<br>**Balance due on account** | | | | 222.00 |
| Account No. **Soderlund**<br><br>**AT&T**<br>**Bankruptcy Dept**<br>**PO Box 769**<br>**Arlington, TX 76004** | | - | | | **Balance due on account** | | | | 1,112.00 |

Sheet no. __1__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          103,250.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Soderlund Brothers, Inc.** _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **500227756** <br><br> **AT&T Yellow Pages** <br> **C/O Joseph Mann & Creed** <br> **PO Box 22253** <br> **Beachwood, OH 44122** | - | | | | **2009** <br> **Balance due on account** | | | | 2,928.00 |
| Account No. **Soderlund** <br><br> **Banner Plumbing Co** <br> **C/O Law Offices of Anthony G Suizzo** <br> **1701 E Lake Ave, Ste 310** <br> **Glenview, IL 60025** | - | | | | **2009** <br> **Balance due on account** | | | | 17,700.00 |
| Account No. **7086365590** <br><br> **Batteries Plus** <br> **105 W Laura Drive** <br> **Addison, IL 60101** | - | | | | **2009** <br> **Balance due on account** | | | | 300.00 |
| Account No. **101276** <br><br> **Bay Installation of IL** <br> **PO Box 9229** <br> **Green Bay, WI 54308** | - | | | | **2009** <br> **Balance due on account** | | | | 102.00 |
| Account No. **636559** <br><br> **BI Equipment Rental** <br> **4021 W 127th St** <br> **Alsip, IL 60803** | - | | | | **2009** <br> **Balance due on account** | | | | 324.00 |

Sheet no. __2___ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

21,354.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Soderlund Brothers, Inc.** _____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **778480** <br><br> **Black Box Network Services** <br> **21398 Network Place** <br> **Chicago, IL 60678** | - | | | | **2007** <br> **Balance due on account** | | | | 735.00 |
| Account No. **68693** <br><br> **Blue Cross Blue Shield** <br> **300 E Randolph St** <br> **Chicago, IL 60601-5099** | - | | | | **2009** <br> **Balance due on insurance** | | | | 635.00 |
| Account No. **Soderlund** <br><br> **Carrier Rental Systems** <br> **3348 S Pulaski** <br> **Chicago, IL 60623** | - | | | | **Balance due on account** | | | | 750.00 |
| Account No. **010004749** <br><br> **CB Kramer** <br> **502 Crossen Ave** <br> **Elk Grove Village, IL 60007** | - | | | | **2008** <br> **Balance due on account** | | | | 260.00 |
| Account No. **010098536** <br><br> **Citi** <br> **C/O Client Services** <br> **3451 Harry Truman Blvd** <br> **Saint Charles, MO 63301** | - | | | | **Balance due on Sears account** | | | | 1,000.00 |

Sheet no. __3___ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal | 3,380.00 |
| (Total of this page) | |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Soderlund Brothers, Inc.** ,                                    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **7001963974**<br><br>**City of Chicago**<br>**C/O Arnold Scott Harris, PC**<br>**222 Merchandise Mart Plaza, Ste 193**<br>**Chicago, IL 60654** | - | | | | **2009**<br>**Balance due for red light violation** | | | | 244.00 |
| Account No. **09090236028/5112891880**<br><br>**City of Chicago, Dept of Revenue**<br>**PO Box 88292**<br>**Chicago, IL 60680** | - | | | | **10/2008**<br>**Balance due for unpaid citations** | | | | 257.00 |
| Account No. **5116016130/5120554950**<br><br>**City of Chicago, Dept of Revenue**<br>**PO Box 88292**<br>**Chicago, IL 60680** | - | | | | **2008**<br>**Balance due for unpaid citations** | | | | 150.00 |
| Account No. **5116016130**<br><br>**City of Chicago, Dept of Revenue**<br>**PO Box 88292**<br>**Chicago, IL 60680** | - | | | | **12/2009**<br>**Balance due for unpaid citation** | | | | 50.00 |
| Account No. **001958**<br><br>**CL Doucette, Inc**<br>**3610 S Morgan St**<br>**Chicago, IL 60609** | - | | | | **2009**<br>**Balance due on account** | | | | 880.00 |

Sheet no. __4__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 1,581.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Soderlund Brothers, Inc.** _____,    Case No. _____

_____Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **473300**<br><br>**Columbia Pipe & Supply Co**<br>**23671 Network Place**<br>**Chicago, IL 60673** | | - | Balance due on account | | | | 2,339.00 |
| Account No. **Soderlund**<br><br>**Common Sense Solutions**<br>**7650 S County Line Rd**<br>**Willowbrook, IL 60527** | | - | Balance due on account | | | | 3,193.00 |
| Account No. **Soderlund**<br><br>**Conseco Health Ins**<br>**PO Box 2024**<br>**Carmel, IN 46082** | | | 2009<br>Balance due on account | | | | 350.00 |
| Account No. **1566**<br><br>**Control'd Engineering FE**<br>**299 Roosevelt Rd**<br>**Glen Ellyn, IL 60137** | | - | 2008<br>Balance due on account | | | | 360.00 |
| Account No. **1346913371**<br><br>**Covad Communications**<br>**C/O Goldman, Evans & Trammell**<br>**10323 Cross Creek Blvd, F**<br>**Tampa, FL 33647** | | - | 2008<br>Balance due on account | | | | 708.00 |

| | | |
|---|---|---|
| Sheet no. __5__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 6,950.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re **Soderlund Brothers, Inc.** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **Soderlund** <br><br> **Credit Management Services** <br> **PO Box 91870** <br> **Elk Grove Village, IL 60009** | | - | | Balance due on account | | | | 715.00 |
| Account No. **150134** <br><br> **Crestline Speciality** <br> **C/O Teller, Levit & Silvertrust** <br> **11 E Adams St** <br> **Chicago, IL 60603** | | - | | 2009 <br> Balance due on account | | | | 1,100.00 |
| Account No. **Soderlund** <br><br> **Daugherty Sales Inc** <br> **571 W Golf Rd** <br> **Arlington Heights, IL 60005** | | - | | Balance due on account | | | | 1,412.00 |
| Account No. **Soderlund** <br><br> **Dreisilker Electric Motors** <br> **C/O Coface Collections** <br> **PO Box 8510** <br> **Metairie, LA 70011** | | - | | 2009 <br> Balance due on account | | | | 800.00 |
| Account No. **0217051** <br><br> **Fergusen Enterprises** <br> **C/O DAL Inc** <br> **PO Box 162** <br> **Clifton Heights, PA 19018** | | - | | 2009 <br> Balance due on account | | | | 585.00 |

Sheet no. **6** of **20** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **4,612.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Soderlund Brothers, Inc.**                                          Case No. _____
                                                                                                                                ,
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **090078026300018** **Fifth Third Bank** **Bankruptcy Department** **PO Box 740789** **Cincinnati, OH 45274-0789** | - | | | **2010** **Unsecured balance due after short sale of commercial property located at 6060 W 95th Street, Oak Lawn** | | | | 408,795.00 |
| Account No. **Soderlund** **Fifth Third Bank** **9400 S Cicero** **Oak Lawn, IL 60453** | - | | | **Balance due on account** | | | | 17,000.00 |
| Account No. **217835** **Fifth Third Bank** **Bankruptcy Department** **PO Box 740789** **Cincinnati, OH 45274-0789** | - | | | **2009** **Balance due on overdrawn account** | | | | 69,000.00 |
| Account No. **09007802710026** **Fifth Third Bank** **Commercial Loan** **346 W Carol Lane** **Elmhurst, IL 60126** | - | | | **Unsecured balance due on commercial loan** | | | | 558,850.00 |
| Account No. **43759476** **Ford Motor Credit** **National Bankruptcy Service Center** **PO Box 537901** **Livonia, MI 48153-7901** | - | | | **2009** **Balance due after repossession of business 2008 Ford Tauras** | | | | 6,508.00 |

Sheet no. __7__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    1,060,153.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Soderlund Brothers, Inc.** ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **44898720**<br><br>**Ford Motor Credit**<br>**National Bankruptcy Service Center**<br>**PO Box 537901**<br>**Livonia, MI 48153-7901** | - | | | | **2009**<br>**Balance due after repossession of business**<br>**2009 Ford Fusion** | | | | 9,700.00 |
| Account No. **40785609**<br><br>**Ford Motor Credit**<br>**National Bankruptcy Service Center**<br>**PO Box 537901**<br>**Livonia, MI 48153-7901** | - | | | | **2010**<br>**Balance due after repossion of business 2006**<br>**Ford E250** | | | | 4,500.00 |
| Account No. **Soderlund**<br><br>**Fort Dearborn Life Insurance**<br>**1020 31st Street**<br>**Downers Grove, IL 60515** | - | | | | **Balance due on account** | | | | 130.00 |
| Account No. **8824**<br><br>**G&O Thermal Supply Co**<br>**5435 N Northwest Hwy**<br>**Chicago, IL 60630** | - | | | | **2009**<br>**Balance due on account** | | | | 50.00 |
| Account No. **90133933046**<br><br>**GE Capital**<br>**Bankruptcy Department**<br>**PO Box 740423**<br>**Atlanta, GA 30374-0423** | - | | | | **2009**<br>**Balance due on account** | | | | 3,455.00 |

Sheet no. __8__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

17,835.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Soderlund Brothers, Inc.**                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Soderlund**<br><br>**GEM Electric Supply**<br>**3135 W 95th St**<br>**Evergreen Park, IL 60805** | - | | | | **2009**<br>**Balance due on account** | | | | **1,423.00** |
| Account No. **215155**<br><br>**GW Berkheimer Co, Inc**<br>**C/O Euler Herms**<br>**600 S 7th St**<br>**Louisville, KY 40201** | - | | | | **2009**<br>**Balance due on account** | | | | **1,662.00** |
| Account No. **007047**<br><br>**HardRock Concrete Cutters**<br>**601 Chaddick Dr**<br>**Wheeling, IL 60090** | - | | | | **2009**<br>**Balance due on account** | | | | **395.00** |
| Account No. **10854417**<br><br>**Hilti Inc**<br>**5400 S 122nd East Ave**<br>**Tulsa, OK 74146** | - | | | | **Balance due on account** | | | | **735.00** |
| Account No. **16040892434805**<br><br>**Hinckley Springs**<br>**PO Box 660579**<br>**Dallas, TX 75266** | - | | | | **2009**<br>**Balance due on account** | | | | **108.00** |

Sheet no. __9___ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **4,323.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Soderlund Brothers, Inc.** _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **603532253247683**<br><br>**Home Depot Prox Account**<br>**C/O PRO Consulting Services**<br>**PO Box 66768**<br>**Houston, TX 77266** | - | | | | **2009**<br>**Balance due on account** | | | | **4,100.00** |
| Account No. **B00857799406792**<br><br>**IL State Fire Marshall**<br>**C/O Linebarger, Goggan et al**<br>**PO Box 06140**<br>**Chicago, IL 60606** | - | | | | **2009**<br>**Balance due for fine** | | | | **100.00** |
| Account No. **Soderlund**<br><br>**Illinois Process Equipment**<br>**821-A Albion Ave**<br>**Schaumburg, IL 60193** | - | | | | **Balance due on account** | | | | **1,603.00** |
| Account No. **VW100190323/VN10067076**<br><br>**Illinois State Tollway Authority**<br>**C/O Linebarger Goggan et al**<br>**PO box 06140**<br>**Chicago, IL 60606** | - | | | | **1/2010**<br>**Balance due for unpaid tolls** | | | | **320.00** |
| Account No. **ST8215**<br><br>**Industrial Electric Supply**<br>**15W268 N Frontage Rd**<br>**Willowbrook, IL 60527** | - | | | | **2008**<br>**Balance due on account** | | | | **50.00** |

Sheet no. __10__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **6,173.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Soderlund Brothers, Inc.**                                              ,        Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Soderlund** <br><br> **John J Rickhoff Sheet Metal** <br> **320 E 152nd Street** <br> **Harvey, IL 60426** | - | | | **2009** <br> **Balance due on account** | | | | 800.00 |
| Account No. **87176** <br><br> **Johnson Pipe & Supply Co** <br> **999 W 37th St** <br> **Chicago, IL 60609** | - | | | **Balance due on account** | | | | 999.00 |
| Account No. **5755RS** <br><br> **Johnstone Supply** <br> **6153 W Mulford** <br> **Niles, IL 60714** | - | | | **2009** <br> **Balance due on account** | | | | 350.00 |
| Account No. **02298650001** <br><br> **JS Crestwood** <br> **4606 W 138th Street** <br> **Midlothian, IL 60445** | - | | | **Balance due on account** | | | | 16.00 |
| Account No. **1152788** <br><br> **JS Paluch Co** <br> **PO Box 2703** <br> **Schiller Park, IL 60176** | - | | | **2009** <br> **Balance due on account** | | | | 230.00 |

Sheet no. __11__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    2,395.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Soderlund Brothers, Inc.**                       Case No. _____
_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **SOD001**<br><br>**LaGrange Crane Service**<br>**6180 River Road**<br>**La Grange, IL 60525** | - | | **2009**<br>**Balance due on account** | | | | **720.00** |
| Account No. **90763929**<br><br>**Landmark Collection**<br>**C/O Nationwide Recovery Systems**<br>**2304 Tarpley Drive, #134**<br>**Carrollton, TX 75006** | - | | **2009**<br>**Balance due on account** | | | | **431.00** |
| Account No. **N2248646**<br><br>**Little Co of Mary Hospital**<br>**Bankruptcy Department**<br>**2800 W 95th Street**<br>**Evergreen Park, IL 60805-2746** | - | | **Balance due on account** | | | | **106.00** |
| Account No. **030976**<br><br>**Mahoney Enviromental**<br>**37458 Eagle Way**<br>**Chicago, IL 60678** | - | | **2009**<br>**Balance due on account** | | | | **185.00** |
| Account No. **381**<br><br>**Metal Supermarkets**<br>**24310 Network Place**<br>**Chicago, IL 60673** | - | | **Balance due on account** | | | | **535.00** |

Sheet no. __**12**__ of __**20**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims          Subtotal (Total of this page)      **1,977.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Soderlund Brothers, Inc.**                                        , Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **2010 M1 108735**<br><br>**Midwest Power Vac**<br>**C/O The Chaet Kaplan Firm**<br>**30 N LaSalle St, Ste 1520**<br>**Chicago, IL 60602** | - | | | | **2/2010**<br>**Pending lawsuit filed for unpaid services** | | | | **4,102.00** |
| Account No. **09 SC 004855**<br><br>**Moore Supply Co**<br>**C/O Nigro, Westfall & Gryska**<br>**1793 Bloomingdale Rd**<br>**Glendale Heights, IL 60139** | - | | | | **2009**<br>**Judgment for unpaid services** | | | | **4,500.00** |
| Account No. **Soderlund**<br><br>**Oak Lawn Auto Wash & Detail**<br>**5811 W 95th Street**<br>**Oak Lawn, IL 60453** | - | | | | **Balance due on account** | | | | **218.00** |
| Account No. **6011-5642-0011-6332**<br><br>**Office Depot**<br>**Bankruptcy Department**<br>**PO Box 689020**<br>**Des Moines, IA 50368** | - | | | | **2009**<br>**Balance due on account** | | | | **1,733.00** |
| Account No. **5575050**<br><br>**Partstown**<br>**1120 DuPage Ave**<br>**Lombard, IL 60148** | - | | | | **Balance due on account** | | | | **381.00** |

Sheet no. __13__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **10,934.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Soderlund Brothers, Inc.**                                      Case No. _____
                                                              ,
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **2310A79**<br><br>**Per/Com, Inc**<br>**11415 S Harlem**<br>**Worth, IL 60482** | | - | | Balance due on account | | | | 470.00 |
| Account No. **Soderlund Brothers**<br><br>**Pipe Fitters Welfare Fund Local 597**<br>**45 North Ogden Ave.**<br>**Chicago, IL 60607** | | - | | Balance due to Union | | | | 34,000.00 |
| Account No. **9550857001**<br><br>**Pitney Bowes**<br>**Bankruptcy Department**<br>**PO Box 856042**<br>**Louisville, KY 40285** | | - | | 2009<br>Balance due on account | | | | 240.00 |
| Account No. **9550857**<br><br>**Pitney Bowes Global Financial**<br>**Bankruptcy Department**<br>**PO Box 856042**<br>**Louisville, KY 40285** | | - | | Balance due on lease | | | | 66.00 |
| Account No. **012413116**<br><br>**Pitney Bowes Purchase Power**<br>**C/O Ltd Financial Services**<br>**7322 Southwest Freeway, Ste 1600**<br>**Houston, TX 77074** | | - | | 2009<br>Balance due on account | | | | 2,731.00 |

Sheet no. __14__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **37,507.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Soderlund Brothers, Inc.** _____,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Soderlund** <br><br> **Plumbing Contractors Assoc** <br> **1400 W Washington Blvd** <br> **Chicago, IL 60607** | | - | | | Balance due on account | | | | 500.00 |
| Account No. **Soderlund** <br><br> **Premier Plumbing Supply** <br> **9148 S Kedzie Ave** <br> **Evergreen Park, IL 60805** | | - | | | Balance due on account | | | | 876.00 |
| Account No. **00590747** <br><br> **Pro-Power** <br> **Dept 5409** <br> **PO Box 382** <br> **Milwaukee, WI 53201** | | - | | | 2009 <br> Balance due on account | | | | 4,474.00 |
| Account No. **2010 M1 109133** <br><br> **PVI Industries, LLC** <br> **C/O Teller, Levit, Silvertrust** <br> **11 E Adams St, 8th Floor** <br> **Chicago, IL 60603** | | - | | | 2/2010 <br> Pending lawsuit filed for unpaid services | | | | 9,999.00 |
| Account No. **190355** <br><br> **Rental Max of Chicago** <br> **908 E Roosevelt Rd** <br> **Wheaton, IL 60187** | | - | | | 2008 <br> Balance due on account | | | | 582.00 |

Sheet no. **15** of **20** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **16,431.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Soderlund Brothers, Inc.**                                        ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W | J C | | | | | |
| Account No. **720095** <br><br> **Securian Retirement Services** <br> **400 Robert Street North** <br> **Saint Paul, MN 55101** | - | | | Balance due on account | | | | **6,515.00** |
| Account No. **Soderlund** <br><br> **Sewer Builders Supplies** <br> **9001 S Green St** <br> **Chicago, IL 60602** | - | | | Balance due on account | | | | **0.50** |
| Account No. **S1958687** <br><br> **SG Supply** <br> **12900 S Throop St** <br> **Riverdale, IL 60827** | - | | | **2008** <br> Balance due on account | | | | **3,820.00** |
| Account No. **Soderlund** <br><br> **South Division Credit Union** <br> **Bankruptcy Department** <br> **PO Box 4521** <br> **Carol Stream, IL 60197** | - | | | Balance due on account | | | | **60.00** |
| Account No. **263726** <br><br> **Southside Control Supply Co** <br> **488 N Milwaukee Ave** <br> **Chicago, IL 60654** | - | | | Balance due on account | | | | **5,171.00** |

Sheet no. __16__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **15,566.50**

B6F (Official Form 6F) (12/07) - Cont.

In re **Soderlund Brothers, Inc.** ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. 003250006146<br><br>Speedway/SuperAmerica<br>C/O John C. Williams & Associates<br>1612 Northwest Expressway<br>Atlanta, GA 30329 | - | | | Soderlund<br>Balance due on account | | | | 5,400.00 |
| Account No. 2892<br><br>Sprint<br>Bankruptcy Department<br>PO Box 219554<br>Kansas City, MO 64121-9554 | - | | | 2009<br>Balance due on account | | | | 500.00 |
| Account No. 601110005415351<br><br>Staples<br>Dept 00-05415351<br>PO Box 6721<br>The Lakes, NV 88901 | - | | | Balance due on Staples account | | | | 552.00 |
| Account No. 1310304<br><br>Stephen Fossler Co<br>C/O Joseph, Mann & Creed<br>20600 Chargin Blvd, Ste 550<br>Beachwood, OH 44122 | - | | | 2009<br>Balance due on account | | | | 117.00 |
| Account No. 115782<br><br>Stevenson Crane Service<br>410 Stevenson Drive<br>Bolingbrook, IL 60440 | - | | | 2008<br>Balance due on account | | | | 440.00 |

Sheet no. __17__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **7,009.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Soderlund Brothers, Inc.**                                                    Case No. _____
                                                                    ,
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **357676385** | | | | **2009** **Balance due on account** | | | | |
| **Team Mobile** **Bankruptcy Department** **PO Box 742596** **Cincinnati, OH 45274-2596** | - | | | | | | | |
| | | | | | | | | 3,186.00 |
| Account No. **8225** | | | | **2009** **Balance due on account** | | | | |
| **Temperatrue Equip Corp** **17725 Volbrecht Rd** **Lansing, IL 60438** | - | | | | | | | |
| | | | | | | | | 395.00 |
| Account No. **96940** | | | | **2009** **Balance due on account** | | | | |
| **Therma-Stor Products** **C/O Receivables Control Corp** **PO Box 9658** **Minneapolis, MN 55440** | - | | | | | | | |
| | | | | | | | | 2,141.00 |
| Account No. **Soderlund** | | | | **Balance due on account** | | | | |
| **Tierra Enviromental Services** **3821 Indianapolis Blvd** **East Chicago, IN 46312** | - | | | | | | | |
| | | | | | | | | 1,000.00 |
| Account No. **2497249** | | | | **Balance due on account** | | | | |
| **Trane** **PO Box 98167** **Chicago, IL 60693** | - | | | | | | | |
| | | | | | | | | 438.00 |

Sheet no. __**18**__ of __**20**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,160.00

B6F (Official Form 6F) (12/07) - Cont.

In re __Soderlund Brothers, Inc.__ ,                    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **60654676k99** <br><br> **Transworld Systems** <br> **25 Northwest Point Blvd** <br> **Suite 413** <br> **Elk Grove Village, IL 60007** | - | | **2009** <br> **Balance due on account** | | | | 238.00 |
| Account No. **KK4842** <br><br> **Transworld Systems** <br> **25 Northwest Point Blvd** <br> **Suite 413** <br> **Elk Grove Village, IL 60007** | - | | **4/2009** <br> **Balance due account with RBS** | | | | 70.00 |
| Account No. **Soderlund** <br><br> **U-Lock-It** <br> **4501 135th Street** <br> **Midlothian, IL 60445** | - | | **Balance due on account** | | | | 90.00 |
| Account No. **898325** <br><br> **USA Coil & Air** <br> **PO Box 578** <br> **Devault, PA 19432** | - | | **2009** <br> **Balance due on account** | | | | 919.00 |
| Account No. **Soderlund** <br><br> **Village of Cicero** <br> **4949 W Cermak** <br> **Cicero, IL 60804** | - | | **Balance due on account** | | | | 150.00 |

Sheet no. __19__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    1,467.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Soderlund Brothers, Inc.**                                    Case No. _____
                                    ,
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **10905** <br><br> **Village of Oak Lawn** <br> **9446 Raymond Ave** <br> **Oak Lawn, IL 60453** | - | | Balance due on contractors license | | | | 100.00 |
| Account No. **Soderlund** <br><br> **Wirtz Rentals Co** <br> **1045 W 47th St** <br> **Chicago, IL 60609** | - | | Balance due on account | | | | 631.00 |
| Account No. **SODBRO** <br><br> **WL Engler** <br> **1035 N Throop St** <br> **Chicago, IL 60642** | - | | Balance due on account | | | | 46.00 |
| Account No. **801543745** <br><br> **WW Grainger, Inc** <br> **Dept 801595448** <br> **Palatine, IL 60038** | - | | **2009** <br> Balance due on account | | | | 1,217.00 |
| Account No. **HL00005104** <br><br> **York International Corp** <br> **PO Box 1592** <br> **York, PA 17405** | - | | Balance due on account | | | | 703.00 |

Sheet no. __20__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal <br> (Total of this page) | 2,697.00 |
|---|---|---|
| | Total <br> (Report on Summary of Schedules) | 1,334,796.50 |

B6G (Official Form 6G) (12/07)

.

In re    **Soderlund Brothers, Inc.**                                          ,    Case No. _____
                                                                                                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re    **Soderlund Brothers, Inc.**
_____,    Case No. _____
Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Ernest Soderlund**<br>**9645 S Parkside**<br>**Oak Lawn, IL 60453** | **American Express**<br>**C/O Adler & Assoc**<br>**25 E Washington St, Ste 500**<br>**Chicago, IL 60602** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Soderlund Brothers, Inc.**                       Case No. _____
<br>                                                 Debtor(s)            Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **31**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **July 7, 2010**_____         Signature    **/s/ Susan Soderlund**_____
<br>                                                               **Susan Soderlund**
<br>                                                               **President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Soderlund Brothers, Inc.**                                          Case No. _____

Debtor(s)                          Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$0.00** | **2009: Debtor Business Income - Not operating** |
| **$-228,658.00** | **2008: Debtor Business Income - Gross $1,608.210** |
| **$11,817.00** | **2007: Debtor Business Income - Gross $2,643,448** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

### 3. Payments to creditors

None
■

***Complete a. or b., as appropriate, and c.***

    a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Moore Supply Co vs. Soderlund Brothers, Susan Soderlund 09 SC 004855** | **Complaint** | **Circuit Court of DuPage County Wheaton, Illinois** | **Judgment - Citation** |
| **American International Insurance Company, Gilbert & Arlene Zitin vs. Soderlund Brothers, Inc, WW Grainger, Inc 2010 L 001873** | **Complaint** | **Circuit Court of Cook County Law Department Chicago, Illinois** | **Pending** |
| **PVI Industries LLC vs. Soderlund Brothers, Inc 2010 M1 109133** | **Complaint** | **Circuit Court of Cook County RJD Center Chicago, Illinois** | **Pending** |
| **Midwest Power Vac vs. Soderlund Brothers, Inc 2010 M1 108735** | **Complaint** | **Circuit Court of Cook County RJD Center Chicago, Illinois** | **Pending** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **International Decorators Inc., vs. Gold Coast Investors, et al 08 CH 38607, 09 CH 28401** | **Counterclaim to Foreclosure on Mechanic's Lien** | **Circuit Court of Cook County RJD Center Chicago, Illinois** | **Pending** |
| **American Express vs. Soderlund Brothers, Inc., Ernest Soderlund 2010 M1 109159** | **Complaint** | **Circuit Court of Cook County RJD Center Chicago, IL** | **Judgement** |

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5. Repossessions, foreclosures and returns**

None
☐    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Ford Motor Credit National Bankruptcy Service Center PO Box 537901 Livonia, MI 48153-7901** | **2010** | **Balance due after repossession of business 2008 Ford Tauras** |
| **Ford Motor Credit National Bankruptcy Service Center PO Box 537901 Livonia, MI 48153-7901** | **2010** | **Balance due after repossession of business 2009 Ford Fusion** |
| **Ford Motor Credit National Bankruptcy Service Center PO Box 537901 Livonia, MI 48153-7901** | **2010** | **Balance due after repossion of business 2006 Ford E250** |

---

**6. Assignments and receiverships**

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

4

### 7. Gifts

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Clerk of US Bankruptcy Court** <br> **219 S. Dearborn** <br> **Chicago, IL 60604** | | **$299.00** <br> **Filing Fee** |
| **Law Office of Thomas W. Lynch, P.C.** <br> **9231 S. Roberts Road** <br> **Hickory Hills, IL 60457** | **2010** | **$2,701.00** <br> **Attorney Fee** |

### 10. Other transfers

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Sayed Yousef** <br> **8224 S Kedzie** <br> **Chicago, IL 60657** <br> **None** | **2/2010** | **Business commercial property sold in a "short sale" to an unrelated third party** |

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12.  Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 6060 W 95th St Oak Lawn, Illinois 60453 | Soderlund Brothers, Inc | |

**16.  Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

**18 . Nature, location and name of business**

None
☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |
| Soderlund Brothers, Inc | 36-2683841 | 9645 S Parkside Oak Lawn, IL 60453 | HVAC Mechancial Contracting Business | 1969-2009 |

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

### 19. Books, records and financial statements

None  
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
| --- | --- |
| **Clifton R Rogers & Assoc**<br>**15525 S Park Ave, Ste 101**<br>**South Holland, IL 60473** | |
| **Karen Riffice**<br>**9440 W 143rd Place**<br>**Orland Park, IL 60462** | |

None  
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
| --- | --- | --- |

None  
☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
| --- | --- |
| **Karen Riffice** | **9440 W 143rd Place**<br>**Orland Park, IL 60462** |

None  
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
| --- | --- |

---

### 20. Inventories

None  
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
| --- | --- | --- |

None  
■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
| --- | --- |

---

### 21 . Current Partners, Officers, Directors and Shareholders

None  
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |

Software Copyright (c) 1996-2010 Best Case Solutions, Inc. - Evanston, IL - www.bestcase.com

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |
| **Susan Soderlund** | **President** | **President** |
| **9645 S Parkside** | | **100% Owner** |
| **Oak Lawn, IL 60453** | | |

---

**22 . Former partners, officers, directors and shareholders**

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
| --- | --- | --- |

None ☐    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| --- | --- | --- |
| **Ernest Soderlund** | **President** | **Terminated in 2008 after being** |
| **9645 S Parkside** | **100% Owner** | **diagnosed with dementia. Ernest could** |
| **Oak Lawn, IL 60453** | | **no longer run the business** |

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

**24. Tax Consolidation Group.**

None ■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

---

**25. Pension Funds.**

None ■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

9

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **July 7, 2010**                          Signature  **/s/ Susan Soderlund**
                                                           **Susan Soderlund**
                                                           **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Soderlund Brothers, Inc.**                          Case No.
                                 Debtor(s)                 Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | 2,701.00 |
| Prior to the filing of this statement I have received | $ | 2,701.00 |
| Balance Due | $ | 0.00 |

2.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]
         **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
         **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **July 7, 2010**                        **/s/ Thomas W. Lynch**
                                                **Thomas W. Lynch 6194247**
                                                  **Law Office of Thomas W. Lynch, P.C.**
                                                  **9231 S. Roberts Road**
                                                  **Hickory Hills, IL 60457**
                                                  **(708) 598-5999   Fax: (708) 598-6299**
                                                  **twlpc@att.net**

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Soderlund Brothers, Inc.**                                    Case No.
                                                    Debtor(s)          Chapter      **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                    **118**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **July 7, 2010**                          **/s/ Susan Soderlund**
                                                    **Susan Soderlund/President**
                                                    Signer/Title

ADP Screening & Selection Services
36307 Treasury Center
Chicago, IL 60694


ADT Security Service
Bankruptcy Department
PO Box 371490
Pittsburgh, PA 15250-7490


Air Flow Co
850 W Fullerton Ave
Addison, IL 60101


Alpha Distributors
4700 N Ronald St
Harwood Heights, IL 60706


American Express
C/O Adler & Assoc
25 E Washington St, Ste 500
Chicago, IL 60602


American Express
Bankruptcy Department
PO Box 297812
Fort Lauderdale, FL 33329-7812


American Intl/Arlene & Gilbert Ziti
C/O Mulherin, Rehfeldt et al
211 S Wheaton, Ste 200
Wheaton, IL 60187


Archer Transmission Services
C/O John D Koziel, Atty
6413 W 63rd St
Chicago, IL 60638


Argo Summit Supply Co
5539 S Archer Rd
Summit Argo, IL 60501


AT&T
Bankruptcy Dept
PO Box 769
Arlington, TX 76004

AT&T Yellow Pages
C/O Joseph Mann & Creed
PO Box 22253
Beachwood, OH 44122


Atradius Collections
1200 Arlington Heights Rd, Ste 410
Itasca, IL 60143


Banner Plumbing Co
C/O Law Offices of Anthony G Suizzo
1701 E Lake Ave, Ste 310
Glenview, IL 60025


Banner Plumbing Co
7255 Cottage Grove Ave
Chicago, IL 60619


Batteries Plus
105 W Laura Drive
Addison, IL 60101


Bay Installation of IL
PO Box 9229
Green Bay, WI 54308


BI Equipment Rental
4021 W 127th St
Alsip, IL 60803


Black Box Network Services
21398 Network Place
Chicago, IL 60678


Blue Cross Blue Shield
300 E Randolph St
Chicago, IL 60601-5099


Carrier Rental Systems
3348 S Pulaski
Chicago, IL 60623


CB Kramer
502 Crossen Ave
Elk Grove Village, IL 60007

Citi
C/O Client Services
3451 Harry Truman Blvd
Saint Charles, MO 63301


CitiBank CBSD
Bankruptcy Department
PO Box 6241
Sioux Falls, SD 57117-6241


CitiFinancial
Bankruptcy Department
PO Box 183041
Columbus, OH 43218


City of Chicago
C/O Arnold Scott Harris, PC
222 Merchandise Mart Plaza, Ste 193
Chicago, IL 60654


City of Chicago, Dept of Revenue
PO Box 88292
Chicago, IL 60680


CL Doucette, Inc
3610 S Morgan St
Chicago, IL 60609


Columbia Pipe & Supply Co
23671 Network Place
Chicago, IL 60673


Common Sense Solutions
7650 S County Line Rd
Willowbrook, IL 60527


Conseco Health Ins
PO Box 2024
Carmel, IN 46082


Control'd Engineering FE
299 Roosevelt Rd
Glen Ellyn, IL 60137

Covad Communications
C/O Goldman, Evans & Trammell
10323 Cross Creek Blvd, F
Tampa, FL 33647

Credit Management Services
PO Box 91870
Elk Grove Village, IL 60009

Crestline Speciality
C/O Teller, Levit & Silvertrust
11 E Adams St
Chicago, IL 60603

Daugherty Sales Inc
571 W Golf Rd
Arlington Heights, IL 60005

Dreisilker Electric Motors
C/O Coface Collections
PO Box 8510
Metairie, LA 70011

Dreisilker Electric Motors
39249 Treasury Center
Chicago, IL 60694

Ernest Soderlund
9645 S Parkside
Oak Lawn, IL 60453

Fergusen Enterprises
C/O DAL Inc
PO Box 162
Clifton Heights, PA 19018

Ferguson Enterprises
140 S Mitchell Ct
Addison, IL 60101

Fifth Third Bank
Bankruptcy Department
PO Box 740789
Cincinnati, OH 45274-0789

Fifth Third Bank
9400 S Cicero
Oak Lawn, IL 60453


Fifth Third Bank
Commercial Loan
346 W Carol Lane
Elmhurst, IL 60126


Ford Motor Credit
National Bankruptcy Service Center
PO Box 537901
Livonia, MI 48153-7901


Fort Dearborn Life Insurance
1020 31st Street
Downers Grove, IL 60515


G&O Thermal Supply Co
5435 N Northwest Hwy
Chicago, IL 60630


GE Capital
Bankruptcy Department
PO Box 740423
Atlanta, GA 30374-0423


GEM Electric Supply
3135 W 95th St
Evergreen Park, IL 60805


Gilbert & Arlene Zitin
21 E Huron, Unit 2303
Chicago, IL 60611


GW Berkheimer Co
6000 Southport Rd
Portage, IN 46368


GW Berkheimer Co, Inc
C/O Euler Herms
600 S 7th St
Louisville, KY 40201

HardRock Concrete Cutters
601 Chaddick Dr
Wheeling, IL 60090


Hilti Inc
5400 S 122nd East Ave
Tulsa, OK 74146


Hilti Inc
C/O McMahan & Sigunick
412 S Wells St
Chicago, IL 60607


Hinckley Springs
PO Box 660579
Dallas, TX 75266


Home Depot Prox Account
C/O PRO Consulting Services
PO Box 66768
Houston, TX 77266


IL State Fire Marshall
C/O Linebarger, Goggan et al
PO Box 06140
Chicago, IL 60606


Illinois Process Equipment
821-A Albion Ave
Schaumburg, IL 60193


Illinois State Tollway Authority
C/O Linebarger Goggan et al
PO box 06140
Chicago, IL 60606


Industrial Electric Supply
15W268 N Frontage Rd
Willowbrook, IL 60527


John J Rickhoff Sheet Metal
320 E 152nd Street
Harvey, IL 60426

Johnson Pipe & Supply Co
999 W 37th St
Chicago, IL 60609


Johnstone Supply
6153 W Mulford
Niles, IL 60714


JS Crestwood
4606 W 138th Street
Midlothian, IL 60445


JS Paluch Co
PO Box 2703
Schiller Park, IL 60176


LaGrange Crane Service
6180 River Road
La Grange, IL 60525


Landmark Collection
C/O Nationwide Recovery Systems
2304 Tarpley Drive, #134
Carrollton, TX 75006


Little Co of Mary Hospital
Bankruptcy Department
2800 W 95th Street
Evergreen Park, IL 60805-2746


LTD Financial Services
7322 SW Freeway, Ste 1600
Houston, TX 77074


Mahoney Enviromental
37458 Eagle Way
Chicago, IL 60678


Metal Supermarkets
24310 Network Place
Chicago, IL 60673

Midwest Power Vac
C/O The Chaet Kaplan Firm
30 N LaSalle St, Ste 1520
Chicago, IL 60602


Moore Supply Co
C/O Nigro, Westfall & Gryska
1793 Bloomingdale Rd
Glendale Heights, IL 60139


Oak Lawn Auto Wash & Detail
5811 W 95th Street
Oak Lawn, IL 60453


Office Depot
Bankruptcy Department
PO Box 689020
Des Moines, IA 50368


Partstown
1120 DuPage Ave
Lombard, IL 60148


Per/Com, Inc
11415 S Harlem
Worth, IL 60482


Pipe Fitters Welfare Fund Local 597
45 North Ogden Ave.
Chicago, IL 60607


Pitney Bowes
Bankruptcy Department
PO Box 856042
Louisville, KY 40285


Pitney Bowes Global Financial
Bankruptcy Department
PO Box 856042
Louisville, KY 40285


Pitney Bowes Purchase Power
C/O Ltd Financial Services
7322 Southwest Freeway, Ste 1600
Houston, TX 77074

Plumbing Contractors Assoc
1400 W Washington Blvd
Chicago, IL 60607


Premier Plumbing Supply
9148 S Kedzie Ave
Evergreen Park, IL 60805


PRO Consulting Services
PO Box 66768
Houston, TX 77266


Pro-Power
Dept 5409
PO Box 382
Milwaukee, WI 53201


PVI Industries, LLC
C/O Teller, Levit, Silvertrust
11 E Adams St, 8th Floor
Chicago, IL 60603


Rental Max of Chicago
908 E Roosevelt Rd
Wheaton, IL 60187


RMS
PO Box 723001
Atlanta, GA 31139


Securian Retirement Services
400 Robert Street North
Saint Paul, MN 55101


Sewer Builders Supplies
9001 S Green St
Chicago, IL 60602


SG Supply
12900 S Throop St
Riverdale, IL 60827


SKO Brenner American
PO Box 230
Farmingdale, NY 11735-0230

South Division Credit Union
Bankruptcy Department
PO Box 4521
Carol Stream, IL 60197


Southside Control Supply Co
488 N Milwaukee Ave
Chicago, IL 60654


Speedway SuperAmerica
PO Box 1590
Springfield, OH 45501


Speedway/SuperAmerica
C/O John C. Williams & Associates
1612 Northwest Expressway
Atlanta, GA 30329


Sprint
Bankruptcy Department
PO Box 219554
Kansas City, MO 64121-9554


Staples
Dept 00-05415351
PO Box 6721
The Lakes, NV 88901


Stephen Fossler Co
C/O Joseph, Mann & Creed
20600 Chargin Blvd, Ste 550
Beachwood, OH 44122


Stevenson Crane Service
410 Stevenson Drive
Bolingbrook, IL 60440


Team Mobile
Bankruptcy Department
PO Box 742596
Cincinnati, OH 45274-2596


Temperatrue Equip Corp
17725 Volbrecht Rd
Lansing, IL 60438

Therma-Stor Products
C/O Receivables Control Corp
PO Box 9658
Minneapolis, MN 55440


Tierra Enviromental Services
3821 Indianapolis Blvd
East Chicago, IN 46312


Trane
PO Box 98167
Chicago, IL 60693


Transworld Systems
25 Northwest Point Blvd
Suite 413
Elk Grove Village, IL 60007


Transworld Systems
25 NW Point Blvd, #750
Elk Grove Village, IL 60007


U-Lock-It
4501 135th Street
Midlothian, IL 60445


United Recovery Systems
PO Box 722910
Houston, TX 77272-2910


USA Coil & Air
PO Box 578
Devault, PA 19432


Village of Cicero
4949 W Cermak
Cicero, IL 60804


Village of Oak Lawn
9446 Raymond Ave
Oak Lawn, IL 60453


West Asset Mgmt
PO Box 724747
Atlanta, GA 31139

Wholesale Collectors Assoc
PO Box 48146
Niles, IL 60714


Wirtz Rentals Co
1045 W 47th St
Chicago, IL 60609


WL Engler
1035 N Throop St
Chicago, IL 60642


WW Grainger, Inc
Dept 801595448
Palatine, IL 60038


York International Corp
PO Box 1592
York, PA 17405

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Soderlund Brothers, Inc.**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Soderlund Brothers, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Susan Soderlund
9645 S Parkside
Oak Lawn, IL 60453**

☐ None [*Check if applicable*]

**July  7, 2010**

Date

**/s/ Thomas W. Lynch**

**Thomas W. Lynch 6194247**

Signature of Attorney or Litigant

Counsel for   **Soderlund Brothers, Inc.**

**Law Office of Thomas W. Lynch, P.C.**

**9231 S. Roberts Road
Hickory Hills, IL 60457
(708) 598-5999 Fax:(708) 598-6299
twlpc@att.net**

## United States Bankruptcy Court
### Northern District of Illinois

In re   **Soderlund Brothers, Inc.**                                                    Case No.
_____                    _____
                                               Debtor(s)          Chapter    **7**    _____

# BUSINESS INCOME AND EXPENSES

<u>FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS</u>   (NOTE: <u>ONLY INCLUDE</u> information directly related to the business operation.)

**PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:**

1. Gross Income For 12 Months Prior to Filing:                        $ _____ **0.00**

**PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:**

2. Gross Monthly Income                                              $ _____ **0.00**

**PART C - ESTIMATED FUTURE MONTHLY EXPENSES:**

3. Net Employee Payroll (Other Than Debtor)                        $ _____ **0.00**
4. Payroll Taxes                                                       _____ **0.00**
5. Unemployment Taxes                                                  _____ **0.00**
6. Worker's Compensation                                              _____ **0.00**
7. Other Taxes                                                        _____ **0.00**
8. Inventory Purchases (Including raw materials)                      _____ **0.00**
9. Purchase of Feed/Fertilizer/Seed/Spray                            _____ **0.00**
10. Rent (Other than debtor's principal residence)                    _____ **0.00**
11. Utilities                                                        _____ **0.00**
12. Office Expenses and Supplies                                      _____ **0.00**
13. Repairs and Maintenance                                          _____ **0.00**
14. Vehicle Expenses                                                 _____ **0.00**
15. Travel and Entertainment                                          _____ **0.00**
16. Equipment Rental and Leases                                      _____ **0.00**
17. Legal/Accounting/Other Professional Fees                        _____ **0.00**
18. Insurance                                                        _____ **0.00**
19. Employee Benefits (e.g., pension, medical, etc.)                _____ **0.00**

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

   DESCRIPTION                                    TOTAL

21. Other (Specify):

   DESCRIPTION                                    TOTAL

22. Total Monthly Expenses (Add items 3-21)                          $ _____ **0.00**

**PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:**

23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2)        $ _____ **0.00**
                                                                     _____